IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DAVID W. MORRIS, Sr., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 322-089 |
| VERONICA STEWART, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Plaintiff's official capacity claim for monetary damages against Defendant Stewart. The case shall proceed against Defendant Stewart in her individual capacity as described in the Magistrate Judge's October 17, 2022, Order. (Doc. no. 10.)

SO ORDERED this _8th_ day of November, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE