IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DAVID W. MORRIS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-089 |
| | ) | |
| VERONICA STEWART and TIMOTHY WARD, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendant Ward as well as Plaintiff's official capacity claim for monetary damages against Defendant Stewart. The case shall proceed against Defendant Stewart as described in the Magistrate Judge's December 9, 2022 Order. (Doc. no. 17.)

SO ORDERED this ____ day of January, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE