IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DAVID W. MORRIS, SR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 322-089 |
| VERONICA STEWART, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's motion for summary judgment, (doc. no. 40), and **DENIES** Defendant's motion for summary judgment, (doc. no. 45). The case shall proceed to trial on Plaintiff's Eighth Amendment excessive force claim against Defendant.

SO ORDERED this ___ day of October, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a response to the Report and Recommendation confirming he has no objections. (See doc. no. 54.)