IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DAVID W. MORRIS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-089 |
| | ) | |
| VERONICA STEWART, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Having received no objection to the Court's referral of this matter to the undersigned for plenary disposition, (see doc. no. 60), the case is ready to proceed on Plaintiff's excessive force claim against Defendant. In order to determine any current potential interest by the parties in settlement prior to setting the case for trial, the Court **DIRECTS** Plaintiff and defense counsel to inform the Court by no later than January 24, 2024, whether they are interested in exploring the possibility of a negotiated resolution of the matter.

Failure to respond timely to this Order, and any other forthcoming orders regarding pretrial proceedings, may result in the imposition of sanctions, the full panoply of which may include dismissal of the case. See Fed. R. Civ. P. 16(f)(1)-(2); Fed. R. Civ. P. 37(b)(2)(A)(ii)- (vii).

SO ORDERED this 10th day of January, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA